1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   CHATAN MAULTSBY,                    Case No. 5:14-cv-1208-DOC (GJS)

12              Plaintiff

13        v.                             **ORDER ACCEPTING FINDINGS
                                         AND RECOMMENDATIONS OF
14   TIMOTHY CONFER et al.,              UNITED STATES MAGISTRATE
                                         JUDGE**
15              Defendants.

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all

17   pleadings, motions, and other documents filed in this action, and the Report and

18   Recommendation of United States Magistrate Judge ("Report").  The deadline to file

19   Objections to the Report has passed, and no Objections have been filed with the

20   Court.

21        //

22        //

23        //

24        //

25        //

26        //

27        //

28        //

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that:

    (1)  granting in part Defendants' motion for summary judgment, or in the alternative, involuntary terminating sanctions [Dkt. 83] by granting the request for terminating sanctions and denying the request for summary judgment as moot; and

    (2)  entering Judgment dismissing the case without prejudice in favor of Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: April 5, 2016

_David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE