JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHATAN MAULTSBY,<br><br>　　　　Plaintiff<br><br>　　　v.<br><br>TIMOTHY CONFER et al.,<br><br>　　　　Defendants. | Case No. 5:14-cv-1208-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

IT IS ADJUDGED THAT the case be dismissed without prejudice in favor of Defendants.

DATE: April 5, 2016

_/s/ David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE